

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-12-00229-CV

JONATHAN LEVINE AND SAMANTHA LEVINE, Appellants

V.

STEVE SCHARN CUSTOM HOMES, INC., STEVE SCHARN, AND NEWFIRST NATIONAL BANK, Appellees

Appeal from the 268th District Court of Fort Bend County.  (Tr. Ct. No. 08-DCV-162201).

**TO THE 268TH DISTRICT COURT OF FORT BEND COUNTY, GREETINGS:**

Before this Court, on the 2nd day of October 2014, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on January 31, 2012.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.

> The Court **orders** that the appellants, Jonathan Levine and Samantha Levine, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 2, 2014.

Panel consists of Justices Keyes, Higley, and Massengale. Opinion delivered by Justice Higley.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

September 25, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

